## WOJCIECH GASZTOLD *v.* JESUS SANTIAGO
## (AC 23905)

Foti, West and McLachlan, Js.

Submitted on briefs November 21—officially released December 30, 2003

Per Curiam. The judgment is affirmed.

## FELIX CORDOVA *v.* COMMISSIONER OF CORRECTION
## (AC 23284)

Foti, Dranginis and McLachlan, Js.

Submitted on briefs November 21—officially released December 30, 2003

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* EMISAEL VAZQUEZ
## (AC 23343)

Flynn, Bishop and McLachlan, Js.

Argued November 18—officially released December 30, 2003

Per Curiam. The judgment is affirmed.